IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SIR CHARLES A. CRAWLEY,

     Appellant,

v.

                                      Case No.     5D22-887
                                      LT Case No. 2006-CF-4663-A-O

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed July 5, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Sir Charles A. Crawley, Graceville, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Nora Hutchinson Hall,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, EISNAUGLE and SASSO, JJ., concur.